UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SHARON NESS, individually,

          Plaintiff,

   v.

LAW ENFORCEMENT SUPPORT AGENCY (LESA); PIERCE COUNTY; CITY OF TACOMA; et al,

          Defendants.

CASE NO. C10-5111 KLS

ORDER REGARDING PLAINTIFF'S DEPOSITION

     The Defendants scheduled the discovery deposition of the Plaintiff for July 27, 2012. The undersigned was attending a conference the week of July 23rd and therefore unable to rule on the Plaintiff's motion for a protective order as it pertained to her discovery deposition. ECF No. 40. Upon reviewing the pleadings, the Court notes that the Defendants agreed not to conduct the deposition on the scheduled date if there was no ruling from this Court regarding the Plaintiff's motion.

     First, the Defendant notes that the Plaintiff failed to file a certification required under Local Rule CR 26(c)(2) regarding a meet and confer. The chain of email provided to the Court

1  shows the parties were discussing the issue and, therefore, for purposes of this motion only, the
2  Court will infer a conference of the parties. The undersigned will make no such further
3  inferences regarding discovery in this case.
4      The issue regarding the deposition is whether the Plaintiff's deposition should start at
5  9:00, which the plaintiff opposes, or whether it should start at 1:00 but then continue for 7 hours
6  into the evening, which the defendants oppose.
7      A reasonable solution to this stand off is that the deposition be scheduled for two days
8  starting at 1:00 p.m. each date, with the total deposition time not to exceed seven hours. That is
9  the Court's ruling.
10     Dated this 3rd day of August, 2012.

*[signature]*
Karen L. Strombom
United States Magistrate Judge

ORDER REGARDING PLAINTIFF'S
DEPOSITION- 2